UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Target Corporation,                                  Case No. 19-cv-2916 (WMW/DTS)

      Plaintiff,

v.                                                   **ORDER**

ACE American Insurance Company,
and ACE Property & Casualty
Insurance Co.,

      Defendants.

_____

Plaintiff filed its complaint on November 15, 2019, and has made a request by telephone to file two attachments (insurance policies) under seal in whole or in part. The Court grants the request subject to limitations noted below.

IT IS HEREBY ORDERED THAT:

    1.    Plaintiff shall promptly file public redacted versions of the two attachments. The redactions must be limited to only the information that Plaintiff believes in good faith merits sealing from the public, in light of the public's general right of access to documents filed with the Court, and in light of the fact that the two insurance policies at issue are the subject matter of this lawsuit.

    2.    Plaintiff shall promptly file under seal unredacted versions of the two attachments. For the time being, access to the unredacted versions will be limited to the parties and the Court.

    3.    The scope of this Order is limited to the purpose of filing the attachments to Plaintiff's just-filed complaint. The Court has not seen the documents, nor has any

defendant yet appeared in the case. **This Order does not bind the Court or any party with respect to subsequent use of the documents in this lawsuit. If any party seeks to keep any information under seal in connection with a motion, objection, or other request for relief from the Court, the request to seal such information will be governed by Local Rule 5.6 and the procedures of LR 5.6(d)**.

Dated: November 20, 2019

                                      *s/ David T. Schultz*
                                      DAVID T. SCHULTZ
                                      United States Magistrate Judge