# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Target Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Ace American Insurance Company, et al.,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE: David T. Schultz<br>United States Magistrate Judge<br><br>Case No.   19-cv-2916 (WMW/DTS)<br>Date:   March 3, 2020<br>Location:   Courtroom 9E<br>Time Commenced: 10:17 a.m.<br>Time Concluded:   10:39 a.m.<br>Total Time:   22 minutes |

APPEARANCES:

    Plaintiff:   David Goodwin, Gretchen Hoff Varner, John Lunseth

    Defendant:   Charles Spevacek

PROCEEDINGS:

    Recorded pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

    (Audio File:  Courtroom 9E)

Date:  March 3, 2020　　　　　　　　　　　　　　　s/Terianne Bender
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy