UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Target Corporation, | Case No. 19-cv-2916 (WMW/DTS) |
| Plaintiff, | |
| v. | **BRIEFING ORDER** |
| Ace American Insurance Company, et al., | |
| Defendants, | |

---

A Pretrial Conference was held with the parties on March 3, 2020. The parties believe, and the Court agrees, that the interests of judicial economy are best served by staying discovery until cross-summary judgment motions are heard and decided, therefore, **IT IS HEREBY ORDERED:**

1. The parties must make their initial disclosures under rule 26(a)(1) on or before **March 27, 2020;**

2. Counsel is directed contact District Judge Wright's Courtroom Deputy, Mona Eckroad, at 651-848-1640 to secure a **hearing to take place after September 15, 2020** for their cross-summary judgment motions. After securing a hearing date, they shall promptly inform the chambers of Magistrate Judge Schultz at Schultz_chambers@mnd.uscourts.gov of the date, time, and location of the hearing;

3. Plaintiff's motion for summary judgment must be **served and filed** by **May 11, 2020**;

4. Defendants' response in opposition and its cross-motion for summary judgment must be **served and filed** by **June 10, 2020**;

5. Plaintiff's response in opposition and its joint reply must be **served and filed** by **July 10, 2020**;

6. Defendants' reply must be **served and filed** by **July 31, 2020**.

7.    Counsel is directed to contact Magistrate Judge's Judicial Assistant, Terianne Bender by **April 1, 2020**, to set a settlement conference date to take place in early September.

Dated: March 10, 2020                                            <u>s/David T. Schultz</u>
                                                                                 DAVID T. SCHULTZ
                                                                                 U.S. Magistrate Judge