IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE American Insurance Company, a Pennsylvania corporation, and ACE Property & Casualty Insurance Company, a Pennsylvania corporation,<br><br>Defendants. | Case No. 0:19-cv-02916 (WMW/DTS) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Target Corporation ("Target"), upon the accompanying Memorandum of Law in Support of Its Motion for Partial Summary Judgment, Declaration of Amanda Lagatta and the exhibits thereto, all dated May 26, 2020, and all prior papers, records, and proceedings herein, through its undersigned attorneys, hereby moves this Court, the Honorable Wilhelmina M. Wright, for an Order granting Target summary judgment on Counts I and III of its Complaint, and for a Declaration that the Payment Card Claims are covered under the Primary Policy and under the Excess Policy, as those terms are defined in the Complaint, and that Defendants were and are obligated to indemnify Target for settlement costs relating to the Payment Card Claims that were incurred within the Primary Policy's and the Excess Policy's aggregate coverage layers.

| | |
|---|---|
| Dated:  May 25, 2020 | Covington & Burling LLP |
| | */s/  Gretchen Hoff Varner*<br>David B. Goodwin (CA, #104469)<br>Gretchen Hoff Varner (CA, #284980)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Tel.:  (415) 591-6000<br>Fax:  (415) 591-6091<br>Email:  dgoodwin@cov.com<br>            ghoffvarner@cov.com |
| | John B. Lunseth II (#065341)<br>Mira Vats-Fournier (#0399692)<br>TAFT, STETTENIUS & HOLLISTER, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone:  612-977-8400<br>Fax:  612-977-8650<br>Email:  jlunseth@taftlaw.com<br>            mvats-fournier@taftlaw.com |
| | ***Attorneys for Plaintiff***<br>***Target Corporation*** |