IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE American Insurance Company, a Pennsylvania corporation, and ACE Property & Casualty Insurance Company, a Pennsylvania corporation,<br><br>Defendants. | Case No. 0:19-cv-02916 (WMW/DTS) |

## MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff Target Corporation ("Target"), upon the accompanying Memorandum of Law in Support of Its Motion to Alter or Amend Judgment, and all prior papers, records, and proceedings herein, through its undersigned attorneys, hereby moves this Court, the Honorable Wilhelmina M. Wright, to vacate the Court's Order and subsequent entry of judgment and to either: permit additional briefing, evidentiary submissions, and discovery, as contemplated by Fed. R. Civ. P. 56(f)(2); or, on the alternative, alter or amend the judgment to grant summary judgment on behalf of Target consistent with the legal arguments outlined in Target's Memorandum concerning this motion; or, in another alternative, alter or amend the judgment to deny both of the parties' cross-motions for summary judgment in this case.

Dated:  March 8, 2021	Covington & Burling LLP

*/s/  Gretchen Hoff Varner*
David B. Goodwin (pro hac vice)
Gretchen Hoff Varner (pro hac vice)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.:  (415) 591-6000
Fax:  (415) 591-6091
Email:  dgoodwin@cov.com
           ghoffvarner@cov.com

John B. Lunseth II (#065341)
Mira Vats-Fournier (#0399692)
TAFT, STETTENIUS & HOLLISTER, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone:  612-977-8400
Fax:  612-977-8650
Email:  jlunseth@taftlaw.com
           mvats-fournier@taftlaw.com

*Attorneys for Plaintiff*
*Target Corporation*