# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation, a<br>Minnesota corporation,<br><br>      Plaintiff,<br>v.<br><br>ACE American Insurance<br>Company, a Pennsylvania<br>corporation and<br>ACE Property & Casualty<br>Insurance Co., a<br>Pennsylvania corporation,<br><br>      Defendants. | Court File No. 0:19-CV-2916<br>(WMW/DTS)<br><br>**DEFENDANTS' MOTION TO AMEND ORDER TO CERTIFY FOR APPEAL** |

Defendants ACE American Insurance Company and ACE Property & Casualty Insurance Co. (collectively "Defendants"), through the undersigned counsel, respectfully moves this Court to amend its March 22, 2022 Order to certify it for appeal. As required by 28 U.S.C. § 1292(b), the Order involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Order will materially advance the ultimate termination of the litigation.

    Respectfully submitted,

Dated: April 21, 2022

　　　　　　　　　　　　　　　　　　*s/ Charles E. Spevacek*
　　　　　　　　　　　　　　　　Charles E. Spevacek (#126044)
　　　　　　　　　　　　　　　　William M. Hart (#150526)
　　　　　　　　　　　　　　　　**Meagher & Geer, P.L.L.P**
　　　　　　　　　　　　　　　　33 South Sixth Street, Suite 4400
　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　(612) 338-0661
　　　　　　　　　　　　　　　　(612) 338-8384 Fax
　　　　　　　　　　　　　　　　cspevacek@meagher.com
　　　　　　　　　　　　　　　　whart@meagher.com
　　　　　　　　　　　　　　　　*Attorneys for ACE American Insurance Company and ACE Property & Casualty Insurance Company*