UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Target Corporation, a Minnesota corporation,<br><br>    Plaintiff,<br>v.<br><br>ACE American Insurance Company, A Pennsylvania corporation and ACE Property & Casualty Insurance Co., a Pennsylvania corporation,<br><br>    Defendants. | Court File No. 0:19-CV-2916<br><br>**MEET AND CONFER STATEMENT** |

---

I, Charles Spevacek, representing the Defendants ACE American Insurance Company and ACE Property & Casualty Insurance hereby certify that:

I met and conferred with Plaintiff's counsel both by email and by phone regarding the Motion to Amend to Certify for Appeal. Plaintiff's counsel informed me that Plaintiff cannot take a position on the motion at this time, and directed that Defendants proceed with filing.

Respectfully submitted,

Dated: April 21, 2022

*s/ Charles E. Spevacek*
Charles E. Spevacek (#126044)
William M. Hart (#150526)
**Meagher & Geer, P.L.L.P**
33 South Sixth Street, Suite 4400
Minneapolis, Minnesota 55402
(612) 338-0661
(612) 338-8384 Fax
cspevacek@meagher.com
whart@meagher.com
*Attorneys for ACE American Insurance Company and ACE Property & Casualty Insurance Company*