# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Target Coporation,<br><br>    Plaintiff,<br><br>v.<br><br>ACE American Insurance Company, et al.,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.    19-cv-2916 (WMW/DTS)<br>Date:       October 7, 2022<br><br>Time Commenced: 11:00 a.m.<br>Time Concluded:  11:15 a.m.<br>Total Time:      15 minutes |

APPEARANCES:

    Plaintiff:    John Lunseth, II

    Defendant:    Charles Spevacek


PROCEEDINGS:    Status conference held with attorneys.



s/TJB
Courtroom Deputy