UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation, *a Minnesota corporation*, <br> Plaintiff, | No. 19-cv-2916 (WMW/JFD) |
| v. | **ORDER FOR DISMISSAL** |
| ACE American Insurance Company, *a Pennsylvania corporation*, and ACE Property & Casualty Insurance Company, *a Pennsylvania corporation*, <br> Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice, (Dkt. 91), and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above matter is **DISMISSED WITH PREJUDICE** and each party will bear its own costs, disbursements and attorneys' fees incurred in this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 27, 2023

s/ Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge